FILED'08 JUN 16 13:07 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF OREGON

| | |
|---|---|
| JAMES WOODRUFF, | Civil No. 3:07-CV-807-MA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

    Judgment is entered for Plaintiff and this case is closed.

    DATED this __16__ day of __June__ 2008.

_/s/ Malcolm F. Marsh_
UNITED STATES DISTRICT JUDGE

Page 1    ORDER FOR REMAND - [3:07-CV-807-MA]