WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'08 OCT 02 15:48 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JAMES WOODRUFF,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 07-807-MA

ORDER

Attorney fees in the amount of $7,000.00 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this __1__ day of __October__, 2008.

                                /s/ Malcolm F. Marsh
                                United States District Judge

Submitted on September 15, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1