FILED'08 OCT 02 15:48USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES WOODRUFF,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

CV-07-0807-MA

SUPPLEMENTAL JUDGMENT

Based on motion (#18) and the stipulation (#19) of the parties, and the order filed herewith, attorney fees in the amount of $7,000.00, are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, together with costs of $350.00, pursuant to 28 U.S.C. § 1920. The fees shall be paid directly to plaintiff's attorney, and mailed to Tim Wilborn at P. O. Box 2768, Oregon City, OR 97045.

    IT IS SO ORDERED.

    Dated this _2_ day of October, 2008.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

1 - SUPPLEMENTAL JUDGMENT